## UNCLAIMED FUNDS

APRIL 27, 2011

#61045

FILED

2011 APR 28 PM 12:18

US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

**09-61132**   KEVIN MULLINS
AUTUMN MULLINS
DEBTORS DID NOT CASH CHECK
CHECK #003708  FOR $2.14
KEVIN MULLINS
AUTUMN MULLINS
821 UNITY DR
MANSFEILD, OHIO  44905